1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FIA CARD SERVICE N.A.,

          Plaintiff,

   v.

ALLEN G. JONES,

          Defendant.

CASE NO. C11-5825BHS

ORDER OF REMAND

     This matter comes before the Court *sua sponte* for a determination of subject-matter jurisdiction. The Court has reviewed Defendant Allen Jones' ("Jones") notice of removal (Dkt. 1) and the remainder of the file and hereby remands the matter to state court.

     On October 6, 2011, Jones filed a Notice of Removal asserting diversity as the basis of subject matter jurisdiction. Dkt. 1. Jones alleges that he is a citizen of Washington and that Plaintiff FIA Card Service N.A. ("FIA") is a citizen of another wtate. *Id*. Jones alleges that the amount in controversy is $15,258.51. *Id*. With regard to the proceedings in state court, it appears that FIA filed an action against Jones for unpaid credit card debt of approximately $14,258.51 and that FIA received a default judgment for $14,558.01. *Id*. at 27-28.

     If, after removal, "it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). The jurisdiction minimum for diversity jurisdiction is $75,000. 28 U.S.C. § 1332(a). The amount in controversy is

ORDER - 1

measured at the time of filing. *Grupo Dataflux v. Atlas Global Group, L.P.*, 541 U.S. 567, 571-75 (2004).

In this case, the amount in controversy is well below the jurisdictional minimum and it appears that the Court lacks subject matter jurisdiction. Therefore, the Court remands the case to state court.

**IT IS SO ORDERED.**

DATED this 17th day of October, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2